In the Matter of the Claim of JOHN ROSAWITZ, Respondent, against FICKS REED COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no competent legal evidence to support the finding that claimant handled paint containing lead during the course of his employment.  All concur.

In the Matter of the Claim of JOHN REINHARDT, Respondent, against GRASSELLI CHEMICAL COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award does not make suitable allowances for moneys already paid.  All concur.

In the Matter of the Claim of MARINO MORABITO, Respondent, against COLUMBIAN COFFEE MILLS COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Erdberg* v. *United Textile Print Works* (216 App. Div. 574).

In the Matter of the Claim of FAWRIE MARCEL, Respondent, against LIDO VENICE RESTAURANT and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Leonbruno* v. *Champlain Silk Mills* (229 N. Y. 470).

In the Matter of the Claim of JOSEPH STEWART, Respondent, against P. J. HOEY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of A. OLDEN, Respondent, against A. E. NORTON, INC., and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take further proof as to claimant's earning capacity during the period of the award in question.  All concur.

In the Matter of the Claim of MARIA MAGRO, Respondent, against CHARLES MEYERS COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANDREW BORST, Respondent, against THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CARRIE CREIGHTON, Respondent, against PECK & HILLS FURNITURE COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased.  All concur.

In the Matter of the Claim of GIOVANNI PALERMO, Respondent, against PAOLO SILVESTRO and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.